IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02435-AP

STANLEY O. STUMBAUGH,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff:**

    Francis K. Culkin
    Attorney at Law
    3801 East Florida Avenue, Suite 400
    Denver, Colorado 80210
    Telephone: (303) 830-1110
    E-mail: fculkinesq@aol.com

    **For Defendant:**

    Stephanie Lynn F. Kiley
    Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    Telephone: (303) 844-0815
    E-mail: Stephanie.kiley@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING RELEVANT PLEADINGS**

      A.     **Date Complaint Was Filed:  10/14/2009**

      B.     **Date Complaint was Served on U.S. Attorney's Office:  10/15/2009**

      C.     **Date Answer and Administrative Record Were Filed:  12/15/2009**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties believe the administrative record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not have any additional evidence to submit.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    BRIEFING SCHEDULE**

      A.     **Plaintiff's Opening Brief Due:**    **February 15, 2010**

      B.     **Defendant's Answer Brief Due:**    **March 17, 2010**

      C.     **Plaintiff's Reply Brief (if any) Due:  April 1, 2010**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

      A.     **Plaintiff's Statement:**  Plaintiff believes that oral argument would assist the Court in making a just determination in this matter.

      B.     **Defendant's Statement:**  Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    **(  )**    **All parties have consented to the exercise of Jurisdiction of a United States Magistrate Judge.**

      B.    **(X)**    **All parties have not consented to the exercise of Jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(c) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

Dated this 7th day of January, 2010.

BY THE COURT:

***s/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:                                        UNITED STATES ATTORNEY

/s/ *Francis K. Culkin*                          By: /s/ *Stephanie Lynn F. Kiley*
Francis K. Culkin, No. 2969                      Stephanie Lynn F. Kiley
Attorney for Defendant                           Special Assistant U.S. Attorney
3801 East Florida Ave., Ste 400                  1961 Stout St., Ste 1001A
Denver, CO  80210                                Denver, CO  80294
Telephone: (303) 830-1110                        Telephone: (303) 844-0815
E-mail:  fculkinesq@aol.com                      E-mail: Stephanie.kiley@ssa.gov

                                                 United States Attorney's Office
                                                 1225 Seventeenth Street, Suite 700
                                                 Denver, CO  80202
                                                 Telephone: (303) 454-0100